No. 108. MONASTERSKY v. UNITED STATES; and

No. 129. BENTVENA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert Kasanof* for petitioner in No. 108. *Jerome Lewis* for petitioners in No. 129. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States. Reported below: 357 F. 2d 58.

No. 117. CENTRAL LOUISIANA ELECTRIC CO., INC., ET AL. v. RURAL ELECTRIFICATION ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied. *Tom F. Phillips, Andrew P. Carter* and *Thomas W. Leigh* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Harvey L. Zuckman* for respondents.

No. 119. MARSHALL v. UNITED STATES; and

No. 120. DEL MONICO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *William B. Beirne, A. L. Wirin* and *Fred Okrand* for petitioner in No. 119. *Raymond W. Bergan* for petitioner in No. 120. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States. Reported below: 355 F. 2d 999.

No. 130. AMERICAN TRUCK RENTAL CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Herman J. Obert* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Robert N. Anderson* and *Fred E. Youngman* for respondent.

No. 134. FRANK v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. *Martin N. Whyman* for petitioner.